IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-0208-PSF-CBS

GEORGE WHITE,

    Plaintiff,

vs.

WATERPIK TECHNOLOGIES,

    Defendant.

---

## ORDER REGARDING UNOPPOSED MOTION TO STAY BRIEFING AND RULING ON SUMMARY JUDGMENT

---

This matter having come before the Court pursuant to Defendant Water Pik's Unopposed Motion to Stay Briefing and Ruling on Summary Judgment (Dkt. # 52), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that Briefing and Ruling on Summary Judgment is stayed and the parties have to and including **Monday, August 15, 2005** within which to file a Stipulated Motion to Dismiss.

DATED:  July 19, 2005

                                        BY THE COURT:

                                        s/ Phillip S. Figa
                                        _____
                                        Phillip S. Figa
                                        United States District Judge