IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00208-PSF-CBS

GEORGE WHITE,

    Plaintiff,

v.

WATERPIK TECHNOLOGIES,

    Defendant.

---

**ORDER GRANTING WITHDRAWAL OF COUNSEL**

---

THIS MATTER is before the Court on Defendant WaterPik Technologies' Notice of Withdrawal of Attorney (Dkt. # 54). Counsel are directed to D.C.COLO.LCivR 83.3D, and to comply with this Rule in the future. Nevertheless, in this instance the "Notice" will be treated as a motion to withdraw on behalf of Alan D. Schuchman, of the law firm Holland & Hart. It is hereby

ORDERED that Alan D. Schuchman is permitted to withdraw as counsel for the defendant, effective immediately. The Court notes that Defendant WaterPik Technologies continues to be represented by John M. Husband of the law firm of Holland & Hart.

DATED: July 26, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge